# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ROBERT SCOTT SCUBA,

    Plaintiff,

vs

REGINALD WILKINSON, et al.,

    Defendants.

Case No. 1:05-cv-718

Spiegel, J.
Hogan, M.J.

**REPORT AND RECOMMENDATION**

This matter is before the Court on plaintiff's motion to dismiss this action with prejudice (Doc. 112), to which defendants concur. (Doc. 113).

**IT IS HEREBY RECOMMENDED THAT** plaintiff's motion to dismiss be **GRANTED** and this matter be closed on the docket of the Court.

Date: 3/24/08

Timothy S. Hogan
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT SCOTT SCUBA,
    Plaintiff,

vs

REGINALD WILKINSON, et al.,
    Defendants

Case No. 1:05-cv-718

Spiegel, J.
Hogan, M.J.

## NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **TEN (10) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **TEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Scott Scuba #359-073<br>Madison Corr. Inst.<br>PO Box 740<br>London, OH 43140 | D. Is delivery address different from item 1?   ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0001 0562 6707 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-01-M-2509 |

1:05 cv 718   Doc. 114